IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR 28 2022**

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| **Darrell D. Harris, aka Darrell Duane Harris** : | |
| Plaintiff : | |
| vs. : | Case No. 21-CV-02080-GPG |
| The City of Aurora, Officer T. Brady (Individual : | |
| Capacity), John Moreland (Individual Capacity) : | |
| And Nicholas Metz (Individual Capacity) : | |

## COMPLAINT AT LAW AND IN EQUITY

AND NOW, comes that Plaintiff, by and through himself, *pro se*, to file the instant complaint and in support thereof avers as follows:

1. The Plaintiff files the instant complaint pursuant to 42 U.S.C. § 1983 pertaining to Civil Action for Deprivation of Rights Under Color of State Law.

2. The Plaintiff demands that the Court fulfill its obligation to liberally construe the pleadings of the Plaintiff as a *pro se* litigant in the instant matter pursuant to ("The Supreme Court has instructed the federal courts to liberally construe the 'inartful pleading' of pro se litigants.") (citing Boag v. MacDougall, 454 U.S. 364, 365 (1982) (per curiam)).

3. The Plaintiff is seeking compensatory and punitive damages as applicable pursuant to the relevant and applicable laws.

## JURISDICTION AND VENUE

4. Jurisdiction exists in the instant matter pursuant to 42 U.S.C. § 1983 - Civil Action For Deprivation of Rights as the individuals complained of were employees of the state acting under the color of state law.

5. Venue is proper as the matters complained of in the instant district have taken place wholly within the instant district.

## PARTIES

6. PLAINTIFF - Darrell D. Harris, aka Darrell Duane Harris - is the Plaintiff in the instant matter with an address of Address Line 1, Address Line 2

7. DEFENDANTS - The City of Aurora - located at 15151 E Alameda Pkwy, Aurora, CO 80012, USA,, Officer T. Brady (Individual Capacity), John Moreland (Individual Capacity) and Nicholas Metz (Individual Capacity), also located at 15151 E Alameda Pkwy, Aurora, CO 80012.

## STATEMENT OF FACT

8. On August 1 @ 9:00 pm the claimant Darrell D. Harris was pulled over by 2 Aurora Police units and the swat team in a Uhaul truck that was currently rented for work being conducted.

9. The claimant was asked to get out of the vehicle with hands up and did so as well as gesturing to the top of the crown with both hands up.....as the officer stated he did not give a shit. As the. Claimant got closer to the officers doing the instructing the claimant was slammed to the ground by forcefully by 4 officers and demanding to stop resisting in which the claimant was not doing so in any manner whatsoever!!!!!! Furthermore; as they get the cuffs on one stated to pull out the tazer and to use it on the claimant? The claimant was not doing anything of the sort (see video). One of them used the tazer and hit the claimant in the lower back.

10. As the cuffs were placed 3 officers decided to wipe up the claimant on the ground as well as put their knees to the claimants calves neck and back. As this went on the claimant was losing breath fast and only had a few remaining....then yelling out to them I AM a Mas on .....what are you doing??? You are going to kill me??? This made it very clear that these public servants had not only over stepped their bounds as public servants....they also violated the brotherhood as to harm another one of the Craft.../ i.e Eastern Traveler. The agents then stopped what they were

doing and stated to breathe and relax. Then the claimant was put in a ambulance .....shot up with ketamine as well as other drugs; placed in a helicopter and sent to a hospital across town....where the claimant lost 8 days and was made to take lithium to get out of the hospital....FOR NO REASON. All of the doctors were informed in writing upon arrival as to the claimant non-consenting to this activity as well as thru the USPS afterwards In Demand and Notice form stating the claimant would be filing charges. The city Of Aurora was also contacted regarding this matter within 2 weeks of the incident made to a Daniel Brontzman who is the DA on this Fictitious Warship. All Agents of State have not responded back to our team regarding any of this and were given 30 days of it would be taken as admission of guilt. All transmissions were Notorized when sent thru the USPS.

11. The name of the main officer was T. Brady given on the bottom of the ticket. There was also an agent named JOHN MORELAND who will be charged with obstruction of justice as he refused to originally release the video footage and dash cams of this assault stating that there was a bureau in the department that observed the attack and stated it was in accordance with all......which is not the case. Also; as the original police report was reviewed by our team we have picked up on multiple lies in which the agents have put in the report that are not in line /time with the video footage.

12. There was also a statement that they thought the claimant was on meth because the eyes of the claimant were bigger than normal after the attack occurred. Our team also has contacted another department regarding this matter as it appears there was advanced conspiracy & conspiracy between departments as the rental truck was rented in a different county and was reported stolen.....?? Even though the claimant had worked with the Rental truck company for over 7 years? When asked in writing if the collusion took place as it relates to the matter directly

to the chief of Police a Mister NICHOLAS METZ....the spineless chimp decided to resign and retire from the post?

13. The claimant Demands to have all agents involved answer to these direct claims made against them in a trial by jury.

**i. Details Pertaining To The Incident**

14. On 8/1/2021 The claimant :Darrell-Duane-Harris had his person attacked by public servants of the Aurora Police department in Aurora Colorado ina pre meditated fashion. We have had to come to the. court and public servants due to the fact that all of the agents originally questioned with this assault ha e chosen to not respond to our questions within the 30 day period given.....which has now been taken as an admission of GUILT.

15. All charges initially have not only been dropped...ALL AGENTS who attempted to compel the claimant to perform are nowhere to be found and will not return calls emails or texts....NOW THAT THE TRUTH HAS COME TO LITE. The 4 charges initially brought were all DROPPED HOWEVER The City nor agents have taken any responsibility for their roles in this matter. This is why we have come to the court in Peace and Honor to assist us in REMEDY for our Brother of the Unknown Lite.

16. The claimant trusted an attorney to look at the dash cam disc that was accidently given to the claimant and a week later the attorney at-turned the claimant and stated he lost the disc? After being a barr member for 30 years.

17. For the past year and a half we have gotten no response back from any agent at the Aurora Municipal building. This once again is why we DEMAND this higher court intervention.

18. The claimant is not to be discriminated upon due to not having a Lawyer as all of their kind have sworn an oath not to accept these matters and have attempted to run in their little boxes and hide. This energy will not be accepted any longer down here.

19. We DEMAND that the higher court step into this matter to assist us in finding out what is going on and why it has been over 2.5 years with no remedy or answers to the assault that occured in a pre-meditated fashion. All agents have been noticed thru the U.s.p.s with no proper response given within the 30 days given to respond.

20. Our team will be sending in a list of Damages caused to the claimants vessel, after which fictitious public servants either attempted to condone this attack as correct or they ran from our unknown light to never be heard from again? This once again is why we have brought this matter before this particular venue.

21. Also, we are adding to this matter Jon Doe Listings due to the fact that the Police report is also being with held from the claimant; which is obstruction of Justice.

22. The fact that no answers have been received is a fact the non response of over a year and half has been accepted as an admission of guilt. WE DEMAND PAYMENT OR ANSWERS AT ONCE. It is DEMANDED that all agents listed in the police report be questioned as to their involvements in this his matter since the claimants staff has made them all vanish up to his point.

### ii. The Charges That Were Dropped

23. The claimant was originally charged with stealing a rental truck as well as 3 other fictitious charges.

24. When the claimant did not perform they really had/have an issue.

25. Compelling to perform for profit is a serious charge in itself. This is why all of the ones related to this matter are silenced.

26. We strongly suggest Gordon take off the Legal blinders for a bit....and or whomever feels as if they are equipped to oversee this matted and to use Lawful thought reasoning; as this type of matter is brand new to the planet in which this type of excessive force was used and attempted to be covered up. The claimant is not dead and is a living being with a claimed title.

27. The claimant has a clean record as well as driving record and did not steal any vehicle. The Plaintiff avers it was grossly negligent and beyond the shield of qualified immunity for the Defendants to act as they did with complete and reckless disregard to the truth of the matter with the proof being that the charges were terminated in favor of the Plaintiff.

28. We DEMAND to be assisted from your vessel as to making agents of The City Of Aurora answer to the claims made against them as well as to properly release the disc with over 18 camera angles of this attack as well as the police report and any other information related to this matter.

29. This was a Pre-meditated vehicle stop of a Sirius Sun and the Sirius sigil questioned on numerous occasions have still not been answered to.

   a. Why were all charges dropped?
   b. Why won't anyone answer our calls to release the above stated items of over a year now?
   c. Why were numerous attempts made to collect on this fictitious matter?
   d. Why did a Mister Daniel Brontzman D.A of the Vessel choose to ignore mailings directly certified to him which later got the claimant arrested on a routine traffic stop and held in the City Of Aurora jail against his will for a night in February of 2020?
   e. Why was the SWAT team on site when the attack took place?
   f. Why did all of these fictitious public fail and over reach their bounds as public servants?
      WE DEMAND MULTIPLE COPIES OF THE DISC MENTIONED AND LOST BY an at turn knee of over 30 years.

    g. Why was the claimant then injected with ketamene and airlifted to a mental hospital for 7 days under 24/7 supervision while the origin of being pulled over and assaulted is still not answered to?

    h. There was no stolen vehicle and demand compensation for the year of work lost as well as loss of life suffered thru this matter

    i. Although Mister Gallagher states a lot of case legal speech; let us bear in mind body spirit soul and others that LEGAL is not a language nor is it to be taken as such within this matter.

30. For; it appears as if he has read his way around all the factual now time matter to only fictitiously convey speech in an adverb verb prefix. This form of speech is not accepted here.

31. Nor will any instruments sent thru the U.S.P.S that are not signed in wet ink sealed with current now time seals of State, which further infringes on the due process rights of the Plaintiff.

32. Mister Gallagher has attempted at his best to deter the claimant while all the while deflecting any factual information sent forth to the vessel. It is apparent that he does not know that 30 days failing to respond to a certified- notorized transmission thru the U.S.P.S is a crime when a defendant.

33. We DEMAND that you please take your time kind sir and read all of the information regarding this matter and start the round up process with this so the claimant can be compensated.

34. This is not just about U.S. Dollars; this is about the infringement on the constitutional rights of the Plaintiff in a blatant and egregious manner that is indisputable unconstitutional and that a jury is more likely than not to find in favor of the Plaintiff with regards to the outrageousness and egregiousness of the conduct complained of; thereby absolving qualified immunity as it pertains to the Plaintiff.

35. The video as well as the Police report is to be DEMANDED to be released so we can all view the George Floyd attack that took place 6 months before Floyd's attack.

36. The claimant just knew the Maji*word I am a Mason which stopped the agents long enough to catch breath in. However the crystal that was knocked out of the claimants sock was connected to ancient Atlantis that the officers went running from. This means that the attack was recorded on a crystal device and the attack was viewed by the whole meta verse. The claimant did not see this attack coming however had the where with all to place a crystal on the vessel before the attack. This is why he is SO LOVED in the higher realms of existence.

37. Unless Mister Gallagher would like to answer the questions posed by Our team mailed to his vessel he is DEMANDED for a 5th time to disappear. He is obviously not degreed in our Rite and is only attempting to confuse this very simple issue

38. For, this matter has not been remedied or answered to for some time and must come to a close at once. We thank you once again for your assistance.

39. The claimant is not to be held to the same specifications as a learned lawyer/liar this if fact.

40. We have come in honor. For, it is demanded that all information be released to the claimant from the Aurora Municipal Center including the video disc of the assault.

41. For, it is also Demanded that this current venue being addressed DEMAND ANSWERS from all agents listed on the original Police Report within 30 days with appropriate; or the particular agents listed and or The City of Aurora pay the claimant in full for the assault of the 33 1/2 MM.

42. We eagerly invite you to look him. up as well as the U.S Postal court as playtime is over. :it's :Russell-Jay:Gould. We thank you for assisting this New Earth Being with this matter. We feel as if Gordon os operating out of the Monkey Mind and only can speak a fictitious vial language of legalese that does not exist in this now time space.

43. If there are any further questions regarding this matter feel free to reach out via the letter box.

44. For, it has been demanded that all transmissions be wet ink signed so the person can be held liable in their individual capacity.

45. For, the claimant has waited patiently for over 2 years in honor and healing waiting for this matter to be resolved and not in turmoil.

46. It is Time! All agents must answer of PAY UP! As well as the City of Aurora who employed such persons and will be held accountable.

47. For, it is DEMANDED that a summons be put out for all involved a.s.a.p.

48. We have also notified the U.S Marshall's office in writing which shares the same building as the A.P.D.

49. We have come full circle and DEMAND to be compensated. We DEMAND FULL COMPENSATION UNDER TITLE 42 U.S.C. § 1983

50. Also, for the last time you are being warned with all due respect, Any attempts of Black Magic in any form will not be accepted and will be sent back to the sender. We appreciate your time and effort with this Serious Matter.

## COUNT I - CIVIL ACTION FOR DEPRIVATION OF RIGHTS

## PURSUANT TO 42 U.S.C. § 1983

## AGAINST ALL PUBLIC ENTITY DEFENDANTS

51. The Plaintiff hereby references and incorporates Paragraph 1 through 12 as if though set forth herein at length.

52. Section 1983 provides, in pertinent part: Every person who, under color of any statute, ordinance, regulation, custom, or usage of any State ... subjects, or causes to be subjected, any citizen of the United States ... to the deprivation of any rights, privileges, or immunities secured

by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. 42 U.S.C. § 1983.

53. To assert a claim under section 1983, Plaintiff must show (1) he had a right secured by the Constitution and laws of the United States that was violated (2) by a person who acted under color of state law. Hall v. Witteman, 584 F.3d 859, 864 (10th Cir. 2009)

54. The complaint must allege an affirmative link between the alleged constitutional violation and the specific individual's participation in that violation. Stidham v. Peace Officer Standards and Training, 265 F.3d 1144, 1156-57 (10th Cir. 2001).

55. The doctrine of qualified immunity "shields government officials performing discretionary functions from individual liability under 42 U.S.C. § 1983 unless their conduct violates clearly established statutory or constitutional rights of which a reasonable person would have known." DeSpain v. Uphoff, 264 F.3d 965, 971 (10th Cir. 2001) (quoting Baptiste v. J.C. Penney Co., 147 F.3d 1252, 1255 (10th Cir. 1998) (internal quotation marks omitted)).

56. Once a defendant asserts the defense, the plaintiff must demonstrate that qualified immunity is not proper by showing that "(1) the defendant's conduct violated a constitutional right and (2) the law governing the conduct was clearly established at the time of the alleged violation." DeSpain, 264.F.3d at 971 (quoting Baptiste, 147 F.3d at 1255).

**i. The Plaintiff Has A Right Secured By The Constitution To Be Free From Unreasonable Search And Seizure As Well As Excessive Force**

57. Claims of excessive force are analyzed under the objective reasonableness standard of the Fourth Amendment. See, e.g., Graham v. Connor, 490 U.S. 386, 395 (1989).

58. This standard "requires inquiry into the factual circumstances of every case; relevant factors include the crime's severity, the potential threat posed by the suspect to the officer's and others'

safety, and the suspect's attempts to resist or evade arrest." Medina v. Cram, 252 F.3d 1124, 1131 (10th Cir. 2001) (citing Graham, 490 U.S. at 396).

59. However, in certain circumstances where a plaintiff alleges that the individual defendants all participated in a single incident and acted in concert together, it would be inequitable to require a plaintiff to articulate which specific defendant committed which specific act during the incident in question. See Bark v. Chacon, No. 10-cv-1570-WYD-MJW, 2011 WL 1884691, at *5 (D. Colo. May 18, 2011);

60. The case presents a clear incident of excessive force and conduct in which there is no justification for the use of force described in the instant matter (1) which is highly excessive and (2) over the simple matter pertaining to the possession of a vehicle, which the Plaintiff maintains was not stolen and (3) the charges having been dropped in the instant matter.

61. The circumstances were not sufficient to justify - slammed to the ground by forcefully by 4 officers - and then using the tazer and hit the claimant in the lower back. (See Paragraph 9 in the statement of facts).

62. These facts in particular give rise to the instant claim of deprivation of rights under the color of the law as it pertains to excessive force.

63. Keep in mind - In *Bark v. Chacon*. the court denied the individual Defendants' motion to dismiss even though the plaintiff could not correlate a particular action to a particular defendant. Bark, 2011 WL 1884691, at *5. See also Fogarty v. Gallegos, 523 F.3d 1147, 1158 (10th Cir. 2008); Lynch v. Barrett, No. 09-cv00405-JLK-MEH, 2010 WL 3938357, at *6-7 (D. Colo. June 9, 2010). In so ruling, the court distinguished the circumstances from those in Robbins v. Oklahoma: "[u]nlike Robins, this is not a case where the allegations against the individual Defendants are 'entirely different in character and therefore…mistakenly grouped in a single

allegation.'" Bark, 2011 WL 1884691, at *5 (citing Robbins, 519 F.3d at 1250). This means the Plaintiff does not have to distinguish between which officer did which act as the officers acted in concert with one another.

64. The Tenth Circuit has recognized that an officer who fails to intervene to prevent a fellow officer's excessive use of force may be liable under § 1983. See Fogarty, 523 F.3d at 1162. See also Mick v. Brewer, 76 F.3d 1127, 1136 (10th Cir. 1996) (an "officer who did not prevent fellow officer's use of allegedly excessive force against an arrestee 'may be liable [under § 1983] if he had the opportunity to intervene but failed to do so'") (citation omitted).

### ii. Termination Of Charges Favorably To Plaintiff - 14th Amendment Due Process

65. The Fourteenth Amendment prohibits any State from depriving a person of life, liberty, or property without due process of law. U.S. Const. amend. XIV, § 1. Due process claims under the Fourteenth Amendment can take the form of a procedural or substantive violation: "procedural due process ensures the state will not deprive a party of property without engaging in fair procedures to reach a decision, while substantive due process ensures the state will not deprive a party of property for an arbitrary reason." Hyde Park Co. v. Santa Fe City Council, 226 F.3d 1207, 1210 (10th Cir. 2000).

66. Substantive due process protection is accorded primarily to fundamental interests "relating to marriage, family, procreation, and the right to bodily integrity." Williams v. Berney, 519 F.3d 1216 (10th Cir. 2008) (quoting Albright v. Oliver, 510 U.S. 266, 272 (1994)).

67. Under Heck v. Humphrey, a person convicted of a criminal offense must first have the underlying conviction nullified or overturned before he may proceed on a claim that would render the conviction or sentence invalid. 512 U.S. at 486-87. See also Fritz v. Colorado, 223 F.Supp.2d 1197, 1199 (D. Colo. 2002) ("When an inmate brings a 42 U.S.C. § 1983 action

alleging his conviction violates his constitutional rights, to recover damages the inmate must prove the conviction or sentence has been: 1) reversed on direct appeal; 2) expunged by executive order; 3) declared invalid by authorized state tribunal; or 4) called into question by a federal court's issuance of a writ of habeas corpus.") (citing Heck, 512 U.S. at 486-87).

68. ("[T]he district court must consider whether a judgment in favor of the plaintiff would necessarily imply the invalidity of his conviction or sentence; if it would, the complaint must be dismissed unless the plaintiff can demonstrate that the conviction or sentence has already been invalidated")

69. Here, the matter terminated in favor of the Plaintiff favorably, and therefore the Plaintiff's §1983 as suitable to proceed in the instant Court.

70. The Plaintiff is seeking compensatory and punitive damages as applicable pursuant to the relevant and applicable laws.

## COUNT II

## GROSS NEGLIGENCE

## PURSUANT TO COLORADO STATE LAW

71. The Plaintiff hereby references and incorporates Paragraph 1 through 12 as if though set forth herein at length.

72. "A cause of action in tort arises out of a violation of a legal duty imposed upon an actor to avoid causing harm to others." United Blood Servs. v. Quintana, 827 P.2d 509, 519 (Colo. 1992)."

73. the Colorado Supreme Court has refused to recognize stratification by degrees of negligence. *Adams v. Colorado & S. Ry. Co.*, 49 Colo. 475, 478, 113 P. 1010, 1012 (1911); *Colorado & S. Ry. Co. v. Webb*, 36 Colo. 224, 230, 85 P. 683, 685 (1906); *Denver & R.G.R. Co. v. Peterson*, 30

Colo. 77, 88-9, 69 P. 578, 581 (1902). That determination has not changed to the present. However, this distinguishing factor is necessary for overriding qualified immunity in the instant case as it pertains to the Plaintiff's §1983 claims and so it should be utilized in the instant matter. Regardless of negligence or gross negligence, however, the Defendants would be liable (if found to be liable) to the Plaintiff for damages resulting directly and proximately of their breach.

74. The claim of outrageous conduct is governed by Colorado law. *Luna v. City and County of Denver,* 537 F. Supp. 798,-799 (D.Colo.1982). Although the question of whether conduct is sufficiently outrageous is ordinarily a question for the jury, a court must determine in the first instance whether reasonable persons could differ on the outrageousness issue. *Meiter v. Cavanaugh,* 40 Colo.App. 454, 455-6, 580 P.2d 399, 401 (1978). The totality of the conduct must be evaluated. *Luna,* 537 F. Supp. at 799; *Brenimer v. Great Western Sugar Co.,* 567 F. Supp. 218, 223 (D.Colo.1983).

75. A claim of relief for outrageous conduct must allege one of two threshold levels of conduct by the defendant. Either 1) the defendant has engaged in a pattern of conduct that was intended to cause or recklessly did cause severe emotional distress to the plaintiff, or 2) if the incident is isolated, the defendant blatantly and severely harassed the plaintiff. *Brezinski v. F.W. Woolworth,* 626 F. Supp. 240, 244 (D.Colo.1986); *Rawson v. Sears Roebuck and Co.,* 530 F. Supp. 776, 780 (D.Colo.1982). Plaintiff alleges neither.

76. The officers in the instant matter had a legal duty imposed upon them not to use excessive force and not to infringe on the constitutional rights of the Plaintiff without probable cause and complying with the due process of law.

77. The conduct described - particularly with the slamming down of the Plaintiff excessively as well as the excessive use of a taser - in a matter that ultimately was dropped against the Plaintiff,

all support the likelihood that a jury will find the conduct to be outrageous and unreasonable which would therefore warrant a claim in favor of the Plaintiff.

78. The Plaintiff is seeking compensatory and punitive damages as applicable pursuant to the relevant and applicable laws.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff hereby respectfully requests this Honorable Court enter judgment in favor of the Plaintiff as follows:

A. Compensatory Damages - in an amount to be determined in a trial by jury.

B. Punitive Damages - in an amount to be determined in a trial by jury.

C. Injunctive Relief - Ordering the Defendants to correct the misrepresentations complained of as it pertains to the recording of the incident in the instant on record.

D. Any and All Other Relief Deemed Necessary And Applicable.


Dated: March 22, 2022                           Respectfully Requested,


Truly; In my honor; __Darrell D. Harris__

On this __23rd__ day of __2022__.

_____.LP

Witness to the above stated facts; _____ on this __23__ day of

_____, 2022.